**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00911-REB-KLM

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF
COLORADO, an express trust,
TRUSTEES OF THE COLORADO PIPE INDUSTRY ANNUITY AND SALARY
DEFERRAL TRUST FUND, an express trust,
TRUSTEES OF THE DENVER PLUMBERS JOINT APPRENTICESHIP AND
TRAINING FUND, an express trust,
TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, an
express trust,
JOURNEYMEN PLUMBERS AND GAS FITTERS LOCAL UNION NO. 3, UNITED
ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPE
FITTING INDUSTRY OF THE UNITED STATES AND CANADA, an unincorporated
association, and
MECHANICAL CONTRACTORS ASSOCIATION OF NORTHERN COLORADO, THE, a
Colorado corporation

    Plaintiffs,

v.

EXPERT MECHANICAL SERVICES, INC.,a Colorado Corporation, and
EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa Corporation,

    Defendants.

## ORDER GRANTING MOTION FOR ATTORNEY FEES

**Blackburn, J.**

    This matter is before me is plaintiffs' **Motion For Attorney Fees** [#29][1] filed July

23, 2014.  I grant the motion.

    Plaintiffs brought this action pursuant to section 1145 of the Employee

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Retirement Income and Security Act of 1974 ("ERISA"), 29 U.S.C. § 1145.[2] After defendant Employers Mutual Casualty Company ("EMC"), paid the face value of its surety bond in favor of defendant Expert Mechanical Services, Inc. ("Expert"), plaintiffs' claims against EMC were dismissed with prejudice.  (*See* **Minute Order** [#21], filed December 12, 2013.)  Default judgment subsequently was entered against Expert.  (*See* **Default Judgment** [#28], filed July 9, 2014.)

ERISA mandates an award of attorney fees and costs to a successful litigant in these circumstances.  *See* 29 U.S.C. § 1132(g)(2)(D).  ***See also Trustees of Colorado Statewide Ironworkers Joint Apprenticeship & Training Trust Fund v. A & P Steel***, Inc., 824 F.2d 817, 818 (10th Cir. 1987).  Plaintiffs seeks to recover $8,865 in attorney fees expended on this litigation.  The affidavit and billing statement attached to plaintiffs' motion demonstrate that counsel for plaintiffs expended a reasonable number of hours on this litigation and charged a reasonable hourly rate for those services.  It appears further that plaintiffs' counsel has exercised billing judgment in the presentation of the fees sought to be recovered.  Accordingly, I find and conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiffs' **Motion For Attorney Fees** [#29] filed July 23, 2014, is **GRANTED**; and

---

[2] 29 U.S.C. § 1145 provides:

> Every employer who is obligated to make contributions to a multiemployer plan under the terms of the plan or under the terms of a collectively bargained agreement shall, to the extent not inconsistent with law, make such contributions in accordance with the terms and conditions of such plan or such agreement.

      2.  That pursuant to 29 U.S.C. § 1132(g)(2)(D), plaintiffs are **AWARDED** attorney fees of $8,865 .

      Dated September 30, 2014, at Denver, Colorado.

                                                  **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge